Commonwealth *v.* Jackson et al., Appellants.

Argued June 9, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

4

Before

HESS, J.

*Leonard J. Gajewski,* for appellants.

*Peter F. Cianci,* Assistant District Attorney, with him *Frederick O. Brubaker,* District Attorney, for appellee.

OPINION PER CURIAM, July 17, 1958:

The judgments of sentence of the court below are affirmed on the opinion of Judge HESS of the Court of Oyer and Terminer of Berks County, as reported in 13 Pa. D. & C. 2d 218.